UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAN ISRAELI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff.<br><br>v.<br><br>TEAM TELECOM INTERNATIONAL LTD., ET AL., TEAM SOFTWARE INDUSTRIES LTD., MEIR LIPSHES, SHLOMO EISENBERG, and ISRAEL OFER,<br><br>Defendants. | No. 2:04-cv-04305-JAG-GDH |

**DECLARATION OF OLIMPIO LEE SQUITIERI IN SUPPORT OF MOTION OF LEUMI GEMEL LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

I, Olimpio Lee Squitieri, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the Courts of the State of New York and New Jersey. I am a member of the firm of Squitieri & Fearon, LLP, counsel for Leumi Gemel Ltd. ("Movant," herein).

2. Movant seeks to be appointed as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act") in the above-captioned action (the "Action").

3. I submit this Declaration, together with the attached exhibits, in support of the motion of Leumi Gemel Ltd., *inter alia*, to appoint it to serve as Lead Plaintiff on behalf of the class in the Action and to approve its choice of Glancy Binkow & Goldberg LLP and the Law

Offices of Jacob Sabo as Co-Lead Counsel, with Squitieri & Fearon, LLP as Liaison Counsel. I am fully familiar with the facts set forth herein.

4. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published September 14, 2004, on *Primezone* announcing pendency of the lawsuit commenced by Dan Israeli, against defendants herein, which sets forth a defined period of wrongdoing beginning on or about May 15, 2001 through November 14, 2002.

Exhibit B: Sworn shareholder certification of Leumi Gemel Ltd.

Exhibit C: Table reflecting the calculated losses incurred by Leumi Gemel Ltd. as a result of transactions in Team Telecom International Ltd. securities. Exhibit C reflects losses of $581,224.10

Exhibit D: Declaration of Avi N. Wagner In Support of Motion of Leumi Gemel Ltd. For Appointment As Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Co-Lead Counsel.

Exhibit E: Firm resumés of Glancy Binkow & Goldberg LLP and the Law Offices of Jacob Sabo.

I declare under penalty of perjury under the laws of the State of New York that the foregoing facts are true and correct.

Executed this 12th day of November, 2004 at New York, New York.

Olimpio Lee Squitieri (OS-1684)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAN ISRAELI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff.<br><br>v.<br><br>TEAM TELECOM INTERNATIONAL LTD., ET AL., TEAM SOFTWARE INDUSTRIES LTD., MEIR LIPSHES, SHLOMO EISENBERG, and ISRAEL OFER,<br><br>Defendants. | No. 2:04-cv-04305-JAG-GDH |

**CERTIFICATE OF SERVICE**

I, Olimpio Lee Squitieri hereby certify that on this 12th day of November, 2004, I caused a copy of the accompanying Notice Of Motion And Motion Of Leumi Gemel Ltd. For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel; Memorandum Of Points And Authorities In Support Of Motion Of Leumi Gemel Ltd. For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel; [Proposed] Order Granting Motion Of Leumi Gemel Ltd. For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel; and Declaration Of Olimpio Lee Squitieri In Support Of Motion Of Leumi Gemel Ltd. For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel to be served upon the following parties by depositing a true copy of the same enclosed in a post-paid properly addressed

wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or as otherwise indicated and via Verilaw Electronic Service:

Aurora Casera, Esq.
Jenkins , Gilchrist, Parker & Chapin
405 Lexington Avenue
New York, New York 10174

Olimpio Lee Squitieri

# EXHIBIT A

YAHOO! FINANCE Search - Finance Home - Yahoo! - Help
PRIMEZONE MEDIA NETWORK

Welcome, macdiarmid1 [Sign Out] My Yahoo! View - Customize

Financial News

Enter symbol(s) Basic Get Symbol Lookup

Press Release Source: Glancy Binkow & Goldberg LLP

# Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased Team Telecom International Ltd., Announces Class Action Lawsuit and Seeks to Recover Losses -- TTIL

Tuesday September 14, 4:13 pm ET

LOS ANGELES, Sept. 14, 2004 (PRIMEZONE) -- Notice is hereby given by Glancy Binkow & Goldberg LLP that a Class Action lawsuit was filed in the United States District Court for the District of New Jersey on behalf of a class (the ``Class'') consisting of all persons who purchased or otherwise acquired securities of Team Telecom International Ltd. (``TTI'' or the ``Company'')(NasdaqNM:TTIL - News) between May 15, 2001 and November 14, 2002, inclusive (the ``Class Period'').

A copy of the Complaint is available from the court or from Glancy Binkow & Goldberg LLP. Please contact us by phone to discuss this action or obtain a copy of the Complaint at (310) 201-9150 or Toll Free at (888) 773-9224, by email at info@glancylaw.com, or visit our website at http://www.glancylaw.com.

The Complaint charges, among others, TTI and certain of the Company's executive officers with violations of federal securities laws. Plaintiff claims that defendants' omissions and material misrepresentations concerning TTI's operations and performance artificially inflated the Company's stock price, inflicting damages on investors. TTI is an Israeli corporation headquartered in Petach Tikvah, Israel, and a provider of network management systems, operations support systems and business support systems for communications service providers. The Complaint alleges that throughout the Class Period TTI engaged in a systematic scheme of accounting fraud to maintain the facade of a steadily growing enterprise. In order to facilitate this appearance, the Company engaged in a series of flagrant violations of generally accepted accounting principals (``GAAP''), including, but not limited to, improperly classifying assets and liabilities, improperly failing to report its subsidiary's earnings on a consolidated basis and prematurely and improperly recognizing revenues.

On November 12, 2002, a Company press release announced TTI's third quarter 2002 financial results. The press release announced revenues for the quarter of $10.3 million, compared with $16.0 million for the third quarter of 2001, and an operating loss of $6.8 million for the quarter, versus an operating profit of $3.3 million in the year-ago quarter. Net loss for the quarter was $6.1 million, or a loss of $0.51 per diluted share, versus a net profit of $3.7 million, or $0.32 per diluted share, in the prior year. This news shocked the market, causing TTI shares to plummet more than 28% on the same day the financial results were announced, November 12, 2002, and an additional 7% on heavy trading for the two days following the announcement.

Plaintiff seeks to recover damages on behalf of Class members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting class actions, and substantial expertise in actions involving corporate fraud.

If you are a member of the Class described above, you may move the Court, not later than November 12, 2004, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224 or by e-mail to info@glancylaw.com.

More information on this and other class actions can be found on the Class Action Newsline at http://www.primezone.com/ca.

*Contact:*

Glancy Binkow & Goldberg LLP
Lionel Z. Glancy
Michael Goldberg
(310) 201-9150
(888) 773-9224
info@glancylaw.com
www.glancylaw.com

Source: Glancy Binkow & Goldberg LLP

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback

# EXHIBIT B

PLAINTIFF'S SWORN CERTIFICATION

_ certify that:

1. I have reviewed the Complaint and authorized its filing.

2. I did not purchase TTIL the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in during the Class Period set forth in the Complaint are as follows:

I bought/sold _____ shares on _____ at $_____ per share
I bought/sold _____ shares on _____ at $_____ per share
I bought/sold _____ shares on _____ at $_____ per share
I bought/sold _____ shares on _____ at $_____ per share
I bought/sold _____ shares on _____ at $_____ per share
(List Additional Transactions On Separate Page If Necessary)

5. I have not served as a representative party on behalf of a class under this title.

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

[signature] X ______ Signature/Title: Deputy General Manager

לאומי גמל בע"מ

DATED: August 2, 2004

תאריך: 10/3/04
שעה: 11:04 AM

# תנועות להשקעות

מתאריך:01/01/01 עד תאריך:10/03/04 מטבע דוח: שקל
קבוצה: 1 דוחות מיון: אפיק,תאריך פעולה,מספר נייר

| מס' חשבון | שם חשבון | תאריך פעולה | מספר נייר | שם נייר | תאור פעולה | כמות | שער | סכום בשקלים | שנים לפדיון | מח"מ | תשואה ברוטו |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,500.00 | 20.74 | 154,952.66 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 200.00 | 20.74 | 20,660.35 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 100.00 | 20.74 | 10,330.18 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 3,550.00 | 20.74 | 366,721.28 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 4,300.00 | 20.74 | 444,197.61 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 300.00 | 20.74 | 30,990.53 | | | |
| 10-989-C060056968 | לאומי גמל לפיצויים-מס | 24/06/2002 | 70419338 | EAM TELEC INT | קניה | 50.00 | 20.74 | 5,165.09 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 25/06/2002 | 70419338 | EAM TELEC INT | קניה | 150.00 | 18.00 | 13,343.40 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 25/06/2002 | 70419338 | EAM TELEC INT | קניה | 2,185.00 | 18.00 | 194,368.86 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 25/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,775.00 | 18.00 | 157,896.90 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 25/06/2002 | 70419338 | EAM TELEC INT | קניה | 50.00 | 18.00 | 4,447.80 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 25/06/2002 | 70419338 | EAM TELEC INT | קניה | 90.00 | 18.00 | 8,006.04 | | | |
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 25/06/2002 | 70419338 | EAM TELEC INT | קניה | 750.00 | 18.00 | 66,717.00 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 26/06/2002 | 70419338 | EAM TELEC INT | קניה | 700.00 | 16.45 | 56,642.29 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 26/06/2002 | 70419338 | EAM TELEC INT | קניה | 850.00 | 16.45 | 68,779.92 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 26/06/2002 | 70419338 | EAM TELEC INT | קניה | 150.00 | 16.45 | 12,137.63 | | | |
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 26/06/2002 | 70419338 | EAM TELEC INT | קניה | 300.00 | 16.45 | 24,275.27 | | | |
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 600.00 | 15.63 | 45,774.61 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 500.00 | 16.05 | 38,735.89 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 120.00 | 15.63 | 9,154.92 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,300.00 | 16.05 | 100,713.31 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 500.00 | 16.05 | 38,735.89 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 27/06/2002 | 70419338 | EAM TELEC INT | מכירה | -1,500.00 | 16.05 | -116,207.67 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 690.00 | 15.63 | 52,640.80 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 15.63 | 76,291.01 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 16.05 | 77,471.78 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 310.00 | 15.63 | 23,650.21 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 110.00 | 15.63 | 8,392.01 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 15.63 | 76,291.01 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 16.05 | 77,471.78 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 200.00 | 16.05 | 15,494.36 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 100.00 | 15.63 | 7,629.10 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 27/06/2002 | 70419338 | EAM TELEC INT | קניה | 70.00 | 15.63 | 5,340.37 | | | |



הופק באמצעות תוכנת "רו-אל 2000" 09-9544015

(מ)

תאריך: 10/3/04
שעה: 11:04 AM

# תנועות להשקעות

מתאריך:01/01/01 עד תאריך:10/03/04 מטבע דוח: שקל
קבוצה: 1 דוחות מיון: אפיק,תאריך פעולה,מספר נייר

| מס' חשבון | שם חשבון | תאריך פעולה | מספר נייר | שם נייר | תאור פעולה | כמות | שער | סכום בשקלים | שנים לפדיון | מח"מ | תשואה ברוטו |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-989-0060044194 | קופה מרכזית לפיצויים | 30/06/2002 | 70419338 | EAM TELEC INT | קניה | 2,500.00 | 16.05 | 193,679.45 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 30/06/2002 | 70419338 | EAM TELEC INT | קניה | 1,500.00 | 16.05 | 116,207.67 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 150.00 | 14.25 | 10,185.90 | | | |
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 750.00 | 14.25 | 50,929.48 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מו | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 60.00 | 14.25 | 4,074.36 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מו | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 10.00 | 14.25 | 679.06 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 90.00 | 14.25 | 6,111.54 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 14.25 | 67,905.97 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 750.00 | 14.25 | 50,929.48 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 190.00 | 14.25 | 12,902.13 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 03/07/2002 | 70419338 | EAM TELEC INT | קניה | 2,000.00 | 14.25 | 135,811.94 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 04/07/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 13.96 | 66,547.32 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 04/07/2002 | 70419338 | EAM TELEC INT | קניה | 2,000.00 | 13.96 | 133,094.64 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 04/07/2002 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 13.96 | 66,547.32 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 09/07/2002 | 70419338 | EAM TELEC INT | קניה | 1,600.00 | 15.55 | 119,125.44 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 09/07/2002 | 70419338 | EAM TELEC INT | קניה | 3,000.00 | 15.55 | 223,360.20 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 09/07/2002 | 70419338 | EAM TELEC INT | קניה | 300.00 | 15.55 | 22,336.02 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 09/07/2002 | 70419338 | EAM TELEC INT | קניה | 100.00 | 15.55 | 7,445.34 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 29/07/2002 | 70419338 | EAM TELEC INT | קניה | 1,600.00 | 12.67 | 96,109.55 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 29/07/2002 | 70419338 | EAM TELEC INT | קניה | 400.00 | 12.67 | 24,027.39 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 29/07/2002 | 70419338 | EAM TELEC INT | קניה | 600.00 | 12.67 | 36,041.08 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 15/08/2002 | 70419338 | EAM TELEC INT | מכירה | -1,000.00 | 14.92 | -69,900.20 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 15/08/2002 | 70419338 | EAM TELEC INT | מכירה | -3,000.00 | 14.92 | -209,700.60 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 15/08/2002 | 70419338 | EAM TELEC INT | מכירה | -250.00 | 15.12 | -17,709.30 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 15/08/2002 | 70419338 | EAM TELEC INT | מכירה | -500.00 | 15.12 | -35,418.60 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 15/08/2002 | 70419338 | EAM TELEC INT | מכירה | -250.00 | 15.12 | -17,709.30 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מו | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 120.00 | 11.38 | 6,371.89 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מו | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 200.00 | 11.08 | 10,339.86 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 120.00 | 11.38 | 6,371.89 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 200.00 | 11.08 | 10,339.86 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 120.00 | 11.38 | 6,371.89 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 200.00 | 11.08 | 10,339.86 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 140.00 | 11.38 | 7,433.87 | | | |



הופק באמצעות תוכנת "דנ-אל 2000" 09-9544015

תאריך: 10/3/04
שעה: 11:04 AM

# תנועות להשקעות

מתאריך: 01/01/01 עד תאריך: 10/03/04 מטבע דוח: שקל
קבוצה: 1 דוחות מיון: אפיק,תאריך פעולה,מספר נייר

| מס' חשבון | שם חשבון | תאריך פעולה | מספר נייר | שם נייר | תאור פעולה | כמות | שער | סכום בשקלים | שנים לפדיון | מח"מ | תשואה ברוטו |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 100.00 | 11.38 | 5,309.91 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 29/08/2002 | 70419338 | EAM TELEC INT | קניה | 400.00 | 11.08 | 20,679.71 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 04/09/2002 | 70419338 | EAM TELEC INT | קניה | 320.00 | 10.49 | 15,726.25 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 04/09/2002 | 70419338 | EAM TELEC INT | קניה | 60.00 | 10.49 | 2,948.67 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 04/09/2002 | 70419338 | EAM TELEC INT | קניה | 500.00 | 10.49 | 24,572.26 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 04/09/2002 | 70419338 | EAM TELEC INT | קניה | 440.00 | 10.49 | 21,623.59 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 04/09/2002 | 70419338 | EAM TELEC INT | קניה | 180.00 | 10.49 | 8,846.02 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 05/09/2002 | 70419338 | EAM TELEC INT | קניה | 180.00 | 9.16 | 7,780.69 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 05/09/2002 | 70419338 | EAM TELEC INT | קניה | 500.00 | 9.16 | 21,613.02 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 05/09/2002 | 70419338 | EAM TELEC INT | קניה | 440.00 | 9.16 | 19,019.46 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 05/09/2002 | 70419338 | EAM TELEC INT | קניה | 500.00 | 9.16 | 21,613.02 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 05/09/2002 | 70419338 | EAM TELEC INT | קניה | 320.00 | 9.16 | 13,832.33 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 05/09/2002 | 70419338 | EAM TELEC INT | קניה | 60.00 | 9.16 | 2,593.56 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 12/09/2002 | 70419338 | EAM TELEC INT | קניה | 1,750.00 | 9.10 | 75,914.48 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 12/09/2002 | 70419338 | EAM TELEC INT | קניה | 3,250.00 | 9.10 | 140,984.03 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 17/09/2002 | 70419338 | EAM TELEC INT | קניה | 1,200.00 | 8.60 | 48,823.92 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 17/09/2002 | 70419338 | EAM TELEC INT | קניה | 800.00 | 8.60 | 32,549.28 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 17/09/2002 | 70419338 | EAM TELEC INT | קניה | 500.00 | 10.49 | 24,572.26 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 18/09/2002 | 70419338 | EAM TELEC INT | קניה | 280.00 | 8.58 | 11,332.12 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 18/09/2002 | 70419338 | EAM TELEC INT | קניה | 230.00 | 8.58 | 9,308.53 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 18/09/2002 | 70419338 | EAM TELEC INT | קניה | 490.00 | 8.58 | 19,831.21 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 440.00 | 8.01 | 16,969.99 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 3,000.00 | 7.91 | 114,187.73 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 5,000.00 | 7.91 | 190,312.88 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 2,000.00 | 7.91 | 76,125.15 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 220.00 | 8.01 | 8,484.99 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 250.00 | 8.01 | 9,642.04 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 23/09/2002 | 70419338 | EAM TELEC INT | קניה | 90.00 | 8.01 | 3,471.13 | | | |
| 10-989-0060057377 | לאומי גמל לפיצויים-מס | 25/09/2002 | 70419338 | EAM TELEC INT | קניה | 300.00 | 7.13 | 10,333.51 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 26/09/2002 | 70419338 | EAM TELEC INT | קניה | 3,500.00 | 7.15 | 122,372.25 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 26/09/2002 | 70419338 | EAM TELEC INT | קניה | 1,500.00 | 7.15 | 52,445.25 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 30/09/2002 | 70419338 | EAM TELEC INT | קניה | 440.00 | 7.03 | 14,992.74 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 30/09/2002 | 70419338 | EAM TELEC INT | קניה | 90.00 | 7.03 | 3,066.70 | | | |



הופק באמצעות תוכנת "רנ-אל" 2000 09-9544015

(מ)

תאריך: 10/3/04
שעה: 11:04 AM

# תנועות להשקעות

מתאריך: 01/01/01 עד תאריך: 10/03/04 מטבע דוח: שקל
קבוצה: 1 דוחות מיון: אפיק,תאריך פעולה,מספר נייר

| מס' חשבון | שם חשבון | תאריך פעולה | מספר נייר | שם נייר | תאור פעולה | כמות | שער | סכום בשקלים | שנים לפדיון | מח"מ | תשואה ברוטו |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 30/09/2002 | 70419338 | EAM TELEC INT | קניה | 250.00 | 7.03 | 8,518.60 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 30/09/2002 | 70419338 | EAM TELEC INT | קניה | 220.00 | 7.03 | 7,496.37 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 15/10/2002 | 70419338 | EAM TELEC INT | מכירה | -500.00 | 5.97 | -14,408.60 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 16/10/2002 | 70419338 | EAM TELEC INT | מכירה | -500.00 | 6.57 | -15,856.70 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 17/10/2002 | 70419338 | EAM TELEC INT | מכירה | -1,000.00 | 6.27 | -30,215.13 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 17/10/2002 | 70419338 | EAM TELEC INT | מכירה | -100.00 | 6.27 | -3,021.51 | | | |
| 10-989-0060057377 | לאומי גמל לפיצויים-מס | 17/10/2002 | 70419338 | EAM TELEC INT | מכירה | -300.00 | 6.27 | -9,064.54 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 20/10/2002 | 70419338 | EAM TELEC INT | מכירה | -2,000.00 | 6.27 | -59,690.40 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 20/10/2002 | 70419338 | EAM TELEC INT | מכירה | -150.00 | 6.26 | -4,469.64 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 20/10/2002 | 70419338 | EAM TELEC INT | מכירה | -200.00 | 6.26 | -5,959.52 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 20/10/2002 | 70419338 | EAM TELEC INT | מכירה | -450.00 | 6.26 | -13,408.92 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 22/10/2002 | 70419338 | EAM TELEC INT | מכירה | -200.00 | 6.26 | -5,959.52 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 05/11/2002 | 70419338 | EAM TELEC INT | מכירה | -300.00 | 6.97 | -9,925.98 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 05/11/2002 | 70419338 | EAM TELEC INT | מכירה | -700.00 | 6.97 | -23,160.61 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 07/11/2002 | 70419338 | EAM TELEC INT | מכירה | -490.00 | 8.12 | -18,704.34 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 07/11/2002 | 70419338 | EAM TELEC INT | מכירה | -290.00 | 8.12 | -11,069.91 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 07/11/2002 | 70419338 | EAM TELEC INT | מכירה | -220.00 | 8.12 | -8,397.87 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 13/11/2002 | 70419338 | EAM TELEC INT | קניה | 220.00 | 4.63 | 4,796.59 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 13/11/2002 | 70419338 | EAM TELEC INT | קניה | 290.00 | 4.63 | 6,322.77 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 13/11/2002 | 70419338 | EAM TELEC INT | קניה | 490.00 | 4.63 | 10,683.31 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 17/11/2002 | 70419338 | EAM TELEC INT | קניה | 490.00 | 4.16 | 9,515.25 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 17/11/2002 | 70419338 | EAM TELEC INT | קניה | 290.00 | 4.16 | 5,631.48 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 17/11/2002 | 70419338 | EAM TELEC INT | קניה | 220.00 | 4.16 | 4,272.15 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 11/12/2002 | 70419338 | EAM TELEC INT | מכירה | -305.00 | 5.02 | -7,154.83 | | | |
| 10-989-0060045485 | הקופה לתשלום דמי מ | 11/12/2002 | 70419338 | EAM TELEC INT | מכירה | -290.00 | 5.02 | -6,802.95 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 11/12/2002 | 70419338 | EAM TELEC INT | מכירה | -100.00 | 5.02 | -2,345.85 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 11/12/2002 | 70419338 | EAM TELEC INT | מכירה | -500.00 | 5.02 | -11,729.23 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 11/12/2002 | 70419338 | EAM TELEC INT | מכירה | -305.00 | 5.02 | -7,154.83 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 19/03/2003 | 70419338 | EAM TELEC INT | קניה | 250.00 | 5.18 | 6,235.43 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 19/03/2003 | 70419338 | EAM TELEC INT | קניה | 250.00 | 5.18 | 6,235.43 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 19/03/2003 | 70419338 | EAM TELEC INT | קניה | 500.00 | 5.18 | 12,470.85 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -4,749.00 | 6.00 | -134,434.69 | | | |
| 10-989-0060056968 | לאומי גמל לפיצויים-מס | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -12.00 | 6.00 | -339.70 | | | |



הופק באמצעות תוכנת "דנ-אל 2000" 09-8544015

(מ)

# תנועות להשקעות

תאריך: 10/3/04
שעה: 11:04 AM

מתאריך: 01/01/01 עד תאריך: 10/03/04 מטבע דוח: שקל
קבוצה: 1 דוחות מיון: אפיק,תאריך פעולה,מספר נייר

| מס' חשבון | שם חשבון | תאריך פעולה | מספר נייר | שם נייר | תאור פעולה | כמות | שער | סכום בשקלים | שנים לפדיון | מח"מ | תשואה ברוטו |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -952.00 | 6.00 | -26,949.22 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -2,874.00 | 6.00 | -75,695.59 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -212.00 | 6.00 | -6,001.30 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -2,490.00 | 6.00 | -70,486.92 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -400.00 | 6.00 | -11,323.20 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -2,983.00 | 6.00 | -84,442.76 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -687.00 | 6.00 | -19,447.60 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 24/03/2003 | 70419338 | EAM TELEC INT | מכירה | -373.00 | 6.00 | -10,558.88 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 18/05/2003 | 70419338 | EAM TELEC INT | קניה | 1,000.00 | 4.93 | 22,130.77 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 29/05/2003 | 70419338 | EAM TELEC INT | מכירה | -1,000.00 | 5.49 | -24,392.07 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 09/06/2003 | 70419338 | EAM TELEC INT | מכירה | -1,000.00 | 5.69 | -24,860.51 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 09/06/2003 | 70419338 | EAM TELEC INT | מכירה | -500.00 | 5.69 | -12,430.25 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 09/06/2003 | 70419338 | EAM TELEC INT | מכירה | -500.00 | 5.69 | -12,430.25 | | | |
| 10-989-0060044488 | שיאון לאומי קופג לעצמ | 26/06/2003 | 70419338 | EAM TELEC INT | מכירה | -5,500.00 | 4.72 | -113,085.74 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 26/06/2003 | 70419338 | EAM TELEC INT | מכירה | -4,156.00 | 4.72 | -85,451.71 | | | |
| 10-989-0060040794 | סגנון לאומי מסלול מניו | 26/06/2003 | 70419338 | EAM TELEC INT | מכירה | -658.00 | 4.72 | -13,529.15 | | | |
| 10-989-0060044684 | רקיע לאומי קופג לעצמ | 26/06/2003 | 70419338 | EAM TELEC INT | מכירה | -2,948.00 | 4.72 | -60,613.94 | | | |
| 10-989-0060056968 | לאומי גמל לפיצויים-מס | 26/06/2003 | 70419338 | EAM TELEC INT | מכירה | -38.00 | 4.72 | -781.30 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 30/06/2003 | 70419338 | EAM TELEC INT | מכירה | -100.00 | 4.70 | -2,036.51 | | | |
| 10-989-0060044292 | תעוז קופג לעצמאיים ו | 30/06/2003 | 70419338 | EAM TELEC INT | מכירה | -1,000.00 | 4.70 | -20,365.10 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 17/11/2003 | 70419338 | EAM TELEC INT | מכירה | -9,600.00 | 6.41 | -277,147.19 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 07/01/2004 | 70419338 | EAM TELEC INT | מכירה | -765.00 | 4.86 | -16,250.94 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 08/01/2004 | 70419338 | EAM TELEC INT | קניה | 4,899.00 | 5.35 | 115,165.20 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 12/01/2004 | 70419338 | EAM TELEC INT | מכירה | -5,000.00 | 4.98 | -109,435.50 | | | |
| 10-989-0060044194 | קופה מרכזית לפיצויים | 12/01/2004 | 70419338 | EAM TELEC INT | מכירה | -5,000.00 | 5.35 | -117,627.38 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 14/01/2004 | 70419338 | EAM TELEC INT | מכירה | -4,899.00 | 5.35 | -115,165.20 | | | |
| 10-989-0060043687 | יעד לאומי קופג לעצמא | 14/01/2004 | 70419338 | EAM TELEC INT | מכירה | -858.00 | 6.02 | -22,644.06 | | | |
| 10-989-0060102897 | רימון לאומי קופג לעצמ | 14/01/2004 | 70419338 | EAM TELEC INT | מכירה | -902.00 | 6.02 | -23,805.30 | | | |
| 10-989-0060044586 | קשת לאומי קופג לעצמ | 14/01/2004 | 70419338 | EAM TELEC INT | מכירה | -985.00 | 6.02 | -25,995.80 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 15/01/2004 | 70419338 | EAM TELEC INT | מכירה | -2,255.00 | 6.02 | -59,513.24 | | | |
| 10-989-0060044390 | צור לאומי קופג לעצמא | 29/01/2004 | 70419338 | EAM TELEC INT | מכירה | -1,122.00 | 5.80 | -29,004.37 | | | |
| סה"כ לתת אפיק: מניות חו"ל ישראליות | | | | | | 6,181.00 | 46,028.17 | 2,845,001.19 | | | |
| סה"כ לאפיק: מניות | | | | | | 6,181.00 | 46,028.17 | 2,845,001.19 | | | |

הופק באמצעות תוכנת "רג-אל 2000" 09-9544015



(ם)

01/11 '04 17:05 FAX 972 3 6078889 ADAM LAW OFFICES

תאריך: 10/3/04
שעה: 11:04 AM

# תנועות להשקעות

מתאריך:01/01/01 עד תאריך:10/03/04 מטבע דוח: שקל
קבוצה: 1 דוחות מיון: אפיק,תאריך פעולה,מספר נייר

| מס' חשבון | שם חשבון | תאריך פעולה | מספר נייר | שם נייר | תאור פעולה | כמות | שער | סכום בשקלים | שנים לפדיון | מח"מ | תשואה ברוטו |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| סה"כ כללי: | | | | | | 6,181.00 | 46,028.17 | 2,845,001.19 | | | |

# EXHIBIT C

# EXHIBIT
## TABLE OF MOVANT LEUMI GEMEL LTD.'S LOSSES IN TEAM TELECOM INTERNATIONAL, LTD. SECURITIES

RECORD TRANSACTION

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| BUY TRANSACTIONS | | | 0.0000 | $ 0.00 | | | | | |
| Leumi | 11 13 2002 | 490 | 4.6300 | $ 2,268.70 | | | | | |
| Leumi | 11 13 2002 | 290 | 4.6300 | $ 1,342.70 | | | | | |
| Leumi | 11 13 2002 | 220 | 4.6300 | $ 1,018.60 | | | | | |
| Leumi | 09 30 2002 | 220 | 7.0300 | $ 1,546.60 | | | | | |
| Leumi | 09 30 2002 | 250 | 7.0300 | $ 1,757.50 | | | | | |
| Leumi | 09 30 2002 | 90 | 7.0300 | $ 632.70 | | | | | |
| Leumi | 09 30 2002 | 440 | 7.0300 | $ 3,093.20 | | | | | |
| Leumi | 09 26 2002 | 1500 | 7.1500 | $ 10,725.00 | | | | | |
| Leumi | 09 26 2002 | 3500 | 7.1500 | $ 25,025.00 | | | | | |
| Leumi | 09 25 2002 | 300 | 7.1300 | $ 2,139.00 | | | | | |
| Leumi | 09 23 2002 | 90 | 8.0100 | $ 720.90 | | | | | |
| Leumi | 09 23 2002 | 250 | 8.0100 | $ 2,002.50 | | | | | |
| Leumi | 09 23 2002 | 220 | 8.0100 | $ 1,762.20 | | | | | |
| Leumi | 09 23 2002 | 2000 | 7.9100 | $ 15,820.00 | | | | | |
| Leumi | 09 23 2002 | 5000 | 7.9100 | $ 39,550.00 | | | | | |
| Leumi | 09 23 2002 | 3000 | 7.9100 | $ 23,730.00 | | | | | |
| Leumi | 09 23 2002 | 440 | 8.0100 | $ 3,524.40 | | | | | |
| Leumi | 09 18 2002 | 490 | 8.5800 | $ 4,204.20 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| Leumi | 09 18 2002 | 230 | 8.5800 | $ 1,973.40 | | | | | |
| Leumi | 09 18 2002 | 280 | 8.5800 | $ 2,402.40 | | | | | |
| Leumi | 09 17 2002 | 500 | 10.4900 | $ 5,245.00 | | | | | |
| Leumi | 09 17 2002 | 800 | 8.6000 | $ 6,880.00 | | | | | |
| Leumi | 09 17 2002 | 1200 | 8.6000 | $ 10,320.00 | | | | | |
| Leumi | 09 12 2002 | 3250 | 9.1000 | $ 29,575.00 | | | | | |
| Leumi | 09 12 2002 | 1750 | 9.1000 | $ 15,925.00 | | | | | |
| Leumi | 09 05 2002 | 60 | 9.1600 | $ 549.60 | | | | | |
| Leumi | 09 05 2002 | 320 | 9.1600 | $ 2,931.20 | | | | | |
| Leumi | 09 05 2002 | 500 | 9.1600 | $ 4,580.00 | | | | | |
| Leumi | 09 05 2002 | 440 | 9.1600 | $ 4,030.40 | | | | | |
| Leumi | 09 05 2002 | 500 | 9.1600 | $ 4,580.00 | | | | | |
| Leumi | 09 05 2002 | 180 | 9.1600 | $ 1,648.80 | | | | | |
| Leumi | 09 04 2002 | 180 | 10.4900 | $ 1,888.20 | | | | | |
| Leumi | 09 04 2002 | 440 | 10.4900 | $ 4,615.60 | | | | | |
| Leumi | 09 04 2002 | 500 | 10.4900 | $ 5,245.00 | | | | | |
| Leumi | 09 04 2002 | 60 | 10.4900 | $ 629.40 | | | | | |
| Leumi | 09 04 2002 | 320 | 10.4900 | $ 3,356.80 | | | | | |
| Leumi | 08 29 2002 | 400 | 11.0800 | $ 4,432.00 | | | | | |
| Leumi | 08 29 2002 | 100 | 11.3800 | $ 1,138.00 | | | | | |
| Leumi | 08 29 2002 | 140 | 11.3800 | $ 1,593.20 | | | | | |
| Leumi | 08 29 2002 | 200 | 11.0800 | $ 2,216.00 | | | | | |
| Leumi | 08 29 2002 | 120 | 11.3800 | $ 1,365.60 | | | | | |
| Leumi | 08 29 2002 | 200 | 11.0800 | $ 2,216.00 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| Leumi | 08 29 2002 | 120 | 11.3800 | $ 1,365.60 | | | | | |
| Leumi | 08 29 2002 | 200 | 11.0800 | $ 2,216.00 | | | | | |
| Leumi | 08 29 2002 | 120 | 11.3800 | $ 1,365.60 | | | | | |
| Leumi | 07 29 2002 | 600 | 12.6700 | $ 7,602.00 | | | | | |
| Leumi | 07 29 2002 | 400 | 12.6700 | $ 5,068.00 | | | | | |
| Leumi | 07 29 2002 | 1600 | 12.6700 | $ 20,272.00 | | | | | |
| Leumi | 07 09 2002 | 100 | 15.5500 | $ 1,555.00 | | | | | |
| Leumi | 07 09 2002 | 300 | 15.5500 | $ 4,665.00 | | | | | |
| Leumi | 07 09 2002 | 3000 | 15.5500 | $ 46,650.00 | | | | | |
| Leumi | 07 04 2002 | 1600 | 15.5500 | $ 24,880.00 | | | | | |
| Leumi | 07 04 2002 | 1000 | 13.9600 | $ 13,960.00 | | | | | |
| Leumi | 07 04 2002 | 2000 | 13.9600 | $ 27,920.00 | | | | | |
| Leumi | 07 04 2002 | 1000 | 13.9600 | $ 13,960.00 | | | | | |
| Leumi | 07 03 2002 | 2000 | 14.2500 | $ 28,500.00 | | | | | |
| Leumi | 07 03 2002 | 190 | 14.2500 | $ 2,707.50 | | | | | |
| Leumi | 07 03 2002 | 750 | 14.2500 | $ 10,687.50 | | | | | |
| Leumi | 07 03 2002 | 1000 | 14.2500 | $ 14,250.00 | | | | | |
| Leumi | 07 03 2002 | 90 | 14.2500 | $ 1,282.50 | | | | | |
| Leumi | 07 03 2002 | 10 | 14.2500 | $ 142.50 | | | | | |
| Leumi | 07 03 2002 | 60 | 14.2500 | $ 855.00 | | | | | |
| Leumi | 07 03 2002 | 750 | 14.2500 | $ 10,687.50 | | | | | |
| Leumi | 07 03 2002 | 150 | 14.2500 | $ 2,137.50 | | | | | |
| Leumi | 06 30 2002 | 1500 | 16.0500 | $ 24,075.00 | | | | | |
| Leumi | 06 30 2002 | 2500 | 16.0500 | $ 40,125.00 | | | | | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| Leumi | 06 27 2002 | 70 | 15.6300 | $ 1,094.10 | | | | | |
| Leumi | 06 27 2002 | 100 | 15.6300 | $ 1,563.00 | | | | | |
| Leumi | 06 27 2002 | 200 | 16.0500 | $ 3,210.00 | | | | | |
| Leumi | 06 27 2002 | 1000 | 16.0500 | $ 16,050.00 | | | | | |
| Leumi | 06 27 2002 | 1000 | 15.6300 | $ 15,630.00 | | | | | |
| Leumi | 06 27 2002 | 110 | 15.6300 | $ 1,719.30 | | | | | |
| Leumi | 06 27 2002 | 310 | 15.6300 | $ 4,845.30 | | | | | |
| Leumi | 06 27 2002 | 1000 | 16.0500 | $ 16,050.00 | | | | | |
| Leumi | 06 27 2002 | 1000 | 15.6300 | $ 15,630.00 | | | | | |
| Leumi | 06 27 2002 | 690 | 15.6300 | $ 10,784.70 | | | | | |
| Leumi | 06 27 2002 | 500 | 16.0500 | $ 8,025.00 | | | | | |
| Leumi | 06 27 2002 | 1300 | 16.0500 | $ 20,865.00 | | | | | |
| Leumi | 06 27 2002 | 120 | 15.6300 | $ 1,875.60 | | | | | |
| Leumi | 06 27 2002 | 500 | 16.0500 | $ 8,025.00 | | | | | |
| Leumi | 06 27 2002 | 600 | 15.6300 | $ 9,378.00 | | | | | |
| Leumi | 06 26 2002 | 300 | 16.4500 | $ 4,935.00 | | | | | |
| Leumi | 06 26 2002 | 150 | 16.4500 | $ 2,467.50 | | | | | |
| Leumi | 06 26 2002 | 850 | 16.4500 | $ 13,982.50 | | | | | |
| Leumi | 06 26 2002 | 700 | 16.4500 | $ 11,515.00 | | | | | |
| Leumi | 06 25 2002 | 750 | 18.0000 | $ 13,500.00 | | | | | |
| Leumi | 06 25 2002 | 90 | 18.0000 | $ 1,620.00 | | | | | |
| Leumi | 06 25 2002 | 50 | 18.0000 | $ 900.00 | | | | | |
| Leumi | 06 25 2002 | 1775 | 18.0000 | $ 31,950.00 | | | | | |
| Leumi | 06 25 2002 | 2185 | 18.0000 | $ 39,330.00 | | | | | |

TABLE OF MOVANT LEUMI GEMEL LTD.'S LOSSES IN TEAM TELECOM INTERNATIONAL LTD. SECURITIES

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| Leumi | 06 25 2002 | 150 | 18.0000 | $ 2,700.00 | | | | | |
| Leumi | 06 24 2002 | 50 | 20.7400 | $ 1,037.00 | | | | | |
| Leumi | 06 24 2002 | 300 | 20.7400 | $ 6,222.00 | | | | | |
| Leumi | 06 24 2002 | 4300 | 20.7400 | $ 89,182.00 | | | | | |
| Leumi | 06 24 2002 | 3550 | 20.7400 | $ 73,627.00 | | | | | |
| Leumi | 06 24 2002 | 100 | 20.7400 | $ 2,074.00 | | | | | |
| Leumi | 06 24 2002 | 200 | 20.7400 | $ 4,148.00 | | | | | |
| Leumi | 06 24 2002 | 1500 | 20.7400 | $ 31,110.00 | | | | | |
| SELL TRANSACTIONS | | | | $ 0.00 | | | 0.0000 | $ 0.00 | |
| Leumi | | | | | 11 07 2002 | 220 | 8.1200 | $ 1,786.40 | |
| Leumi | | | | | 11 07 2002 | 290 | 8.1200 | $ 2,354.80 | |
| Leumi | | | | | 11 07 2002 | 490 | 8.1200 | $ 3,978.80 | |
| Leumi | | | | | 11 05 2002 | 700 | 6.9700 | $ 4,879.00 | |
| Leumi | | | | | 11 05 2002 | 300 | 6.9700 | $ 2,091.00 | |
| Leumi | | | | | 10 22 2002 | 200 | 6.2600 | $ 1,252.00 | |
| Leumi | | | | | 10 20 2002 | 450 | 6.2600 | $ 2,817.00 | |
| Leumi | | | | | 10 20 2002 | 200 | 6.2600 | $ 1,252.00 | |
| Leumi | | | | | 10 20 2002 | 150 | 6.2600 | $ 939.00 | |
| Leumi | | | | | 10 20 2002 | 2000 | 6.2700 | $ 12,540.00 | |
| Leumi | | | | | 10 17 2002 | 300 | 6.2700 | $ 1,881.00 | |
| Leumi | | | | | 10 17 2002 | 100 | 6.2700 | $ 627.00 | |
| Leumi | | | | | 10 17 2002 | 1000 | 6.2700 | $ 6,270.00 | |
| Leumi | | | | | 10 16 2002 | 500 | 6.5700 | $ 3,285.00 | |
| Leumi | | | | | 10 15 2002 | 500 | 5.9700 | $ 2,985.00 | |

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| Leumi | | | | | 08 15 2002 | 250 | 15.1200 | $ 3,780.00 | |
| Leumi | | | | | 08 15 2002 | 500 | 15.1200 | $ 7,560.00 | |
| Leumi | | | | | 08 15 2002 | 250 | 15.1200 | $ 3,780.00 | |
| Leumi | | | | | 08 15 2002 | 3000 | 14.9200 | $ 44,760.00 | |
| Leumi | | | | | 08 15 2002 | 1000 | 14.9200 | $ 14,920.00 | |
| Leumi | | | | | 06 27 2002 | 1500 | 16.0500 | $ 24,075.00 | |
| TOTALS | | | | $ 1,032,174.00 | | | | $ 147,813.00 | $ 884,361.00 |
| VALUE OF SHARES REMAINING[1] | | 78000 | | | | 13900 | | | $ 303,128.90 |
| TOTAL LOSS | | | | | | | | | $ 581,232.10 |

[1]Based on the 90-day post-Class Period share price average of $4.729

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAN ISRAELI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff.<br><br>v.<br><br>TEAM TELECOM INTERNATIONAL LTD., ET AL., TEAM SOFTWARE INDUSTRIES LTD., MEIR LIPSHES, SHLOMO EISENBERG, and ISRAEL OFER,<br><br>Defendants. | No. 2:04-cv-04305-JAG-GDH |

**DECLARATION OF AVI. N. WAGNER IN SUPPORT OF MOTION OF LEUMI GEMEL LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

Pursuant to 28 U.S.C. §1746, I, AVI N. WAGNER, declare as follows:

1. I am an associate with the law firm of Glancy Binkow & Goldberg LLP counsel for Leumi Gemel Ltd. ("Movant"), Proposed Lead Plaintiff in the captioned case. I have personal knowledge regarding the contents of this Declaration.

2. I am conversant in the Hebrew language.

3. Attached hereto as Exhibit B to the Declaration of Lee Squitieri In Support of Motion of Leumi Gemel Ltd. For Appointment As Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Co-Lead Counsel (the "Squitieri Declaration") is Movant's shareholder certification. The trading data appended as a table to Movant's certification is listed in Hebrew, and the total transaction figures used in the table are listed in terms of New Israeli Shekels ("NIS"), the currency used in the State of Israel.

4. Attached as Exhibit C to the Squitieri Declaration is a Chart reflecting Movant's losses from its purchases in Team Telecom International Ltd. common stock between May 15, 2001 and November 14, 2002. The data in this chart is transcribed from and accurately reflects the dates, share amounts, purchase prices and total transaction figures reflected in the trading data appended to Movant's certification. Specifically, the terms "purchase" and "sale" are translated from Hebrew to English and total transaction figures are reported in U.S. dollars.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 10 day of November, 2004.

Avi N. Wagner

# EXHIBIT E

**GLANCY BINKOW & GOLDBERG LLP**
ATTORNEYS AT LAW

1801 AVENUE OF THE STARS, SUITE 311
LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 201-9150
FACSIMILE (310) 201-9160
info@glancylaw.com

NEW YORK OFFICE

1501 BROADWAY SUITE 1900
NEW YORK, NY 10036
TELEPHONE (917) 510-0009
FACSIMILE (646) 366-0895

SAN FRANCICSO OFFICE

455 MARKET ST., SUITE 1810
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 972-8160
FACSIMILE: (415) 972-8166

**FIRM RESUME**

Glancy Binkow & Goldberg LLP has represented investors and consumers in federal and state courts throughout the United States for over fourteen years. Based in Los Angeles, California and with offices in New York, New York and San Francisco, California, Glancy Binkow & Goldberg has developed expertise prosecuting securities fraud, antitrust and complex commercial litigation. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, Glancy Binkow & Goldberg has recovered in excess of $1 billion for parties wronged by corporate fraud and malfeasance. The firm's efforts on behalf of individual investors have been the subject of articles in such publications as The Wall Street Journal, The New York Times and The Los Angeles Times.

Appointed as Lead or Co-Lead Counsel by federal judges throughout the United States, Glancy Binkow & Goldberg has achieved significant recoveries for class members, including:

In re Heritage Bond Litigation, USDC Central District of California Civil Action No. 02-ML-1475-DT, where as co-Lead Counsel, Glancy Binkow & Goldberg has already recovered in excess of $24 million dollars for defrauded investors and continues to pursue additional defendants.

In re ECI Telecom Ltd. Securities Litigation, USDC Eastern Virginia Civil Action No. 01-913-A, in which Glancy Binkow & Goldberg served as sole Lead Counsel and recovered almost $22 million for defrauded ECI investors.

Yaldo v. Airtouch Communications, State of Michigan, Wayne County, Case No. 99-909694-CP in which Glancy Binkow & Goldberg served as co-Lead Counsel and achieved a settlement valued at over $32 million for defrauded consumers.

In re Infonet Services Corporation Securities Litigation, USDC Central California, Case No. CV 01-10456 NM, in which as co-Lead Counsel, Glancy Binkow & Goldberg achieved a settlement of $18 million.

In re Musicmaker.com Securities Litigation, USDC C.Cal. 00-02018, a securities fraud class action in which Glancy Binkow & Goldberg was sole Lead Counsel for the Class and recovered in excess of $13 million.

In re ESC Medical Systems, Ltd. Securities Litigation, USDC Southern New York 98 Civ. 7530, a securities fraud class action in which Glancy Binkow & Goldberg served as sole Lead Counsel for the Class and achieved a settlement valued in excess of $17 million.

In re Lason, Inc. Securities Litigation, USDC Eastern Michigan 99 76079, in which Glancy Binkow & Goldberg was Co-Lead Counsel and recovered almost $13 million for defrauded Lason stockholders.

In re Inso Corp. Securities Litigation, USDC Massachusetts 99 10193, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $12 million.

In re National TechTeam Securities Litigation USDC Eastern Michigan 97-74587, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $11 million.

In re Ramp Networks, Inc. Sec. Litig., USDC Northern California, Case No. C-00-3645 JCS, a securities fraud class action in which Glancy Binkow & Goldberg served as Co-Lead Counsel for the Class and achieved a settlement of nearly $7 million.

Glancy Binkow & Goldberg filed the initial landmark antitrust lawsuit against all of the major NASDAQ market makers and served on Plaintiffs' Counsel's Executive Committee in In re Nasdaq Market-Makers Antitrust Litigation, USDC Southern District of New York, 94 C 3996 (RWS), MDL Docket No. 1023, which recovered $900 million for investors in numerous heavily traded Nasdaq issues.

In addition, Glancy Binkow & Goldberg serves as Class Counsel in In Re Real Estate Associates Limited Partnership Litigation, USDC Central California, 98-7035 DDP, in which plaintiffs' Counsel achieved a $184 million jury verdict after a complex six week trial in Los Angeles, California and later settled the case for $83 million.

The firm currently serves as Lead or Co-Lead Counsel in numerous securities fraud and consumer fraud actions throughout the United States, including, among others:

Shah v. Morgan Stanley Co.,
USDC Southern New York Case No. 03 Civ. 8761 (RJH)

Lapin v. Goldman Sachs,
USDC Southern New York Case No. 03-0850-KJD

In re Gilat Satellite Networks, Ltd. Sec. Litig.,
USDC Eastern New York, Case No. 02-1510 CPS

In re Lumenis, Ltd. Sec. Litig.,
USDC Southern New York, Case No.02-CV-1989 DAB

Taft v. Ackermans, (KPNQwest Securities Litigation)
USDC Southern New York, Case No. 02-CV-07951

In re Amdocs Ltd. Sec. Litig.,
USDC Eastern Missouri, Case No. 02CV950 HEA

In re Heritage Bond Litigation,
USDC Central District of California Civil No. 02-ML-1475-DT

Payne v. IT Group, Inc.,
USDC Western Pennsylvania, Case No. 02-1927

Oscar Private Equity Investments v. Holland, (Allegiance Telecom Securities Litigation)
USDC Northern Texas Case No.. 3:-CV-2761-H

Winer Family Trust v. Queen, (Pennexx Securities Litigation)
USDC Eastern Pennsylvania, Case No. 2:03-cv-04318 JP

In re Presstek Inc. Securities Litigation,
USDC New Hampshire Case No. 1:3-cv-240 M

In re ADC Telecommunications Inc. Securities Litigation,
USDC Minnesota Case No. 03-1194 (JNE/JGL)

Ree v. Procom Technologies, Inc.,
USDC Southern New York, Case No. 02CV7613

Capri v. Comerica, Inc.,
USDC Eastern Michigan, Case No. 02CV60211 MOB

Porter v. Conseco, Inc.,
USDC Southern Indiana, Case No. 02-1332 SEB

In re Livent, Inc. Noteholders Litigation,
USDC Southern New York, Case No. 99 Civ 9425

Tatz v. Nanophase Technologies Corp.,
USDC Northern Illinois, Case No. 01C8440

Plumbing Solutions Inc. v. Plug Power, Inc.,
USDC Eastern New York, Case No. CV 00 5553 (ERK) (RML)

In re Simon Transportation Services, Inc. Securities Litigation,
USDC Utah, Case No. 2:98 CV 0863 K

The firm has also recently acted as Class Counsel in obtaining substantial benefits for shareholders in a number of actions, including:

In re F & M Distributors Securities Litigation,
Eastern District of Michigan, Civ. No. 95 CV 71778 DT (Executive Committee Member) ($20.25 million dollar settlement)

James F. Schofield v. McNeil Partners, L.P. Securities Litigation,
Los Angeles Superior Court, Case No. BC 133799

Resources High Equity Securities Litigation,
Los Angeles Superior Court, Case No. BC 080254

The firm has served and currently serves as Class Counsel in a number of antitrust class actions, including:

In re Nasdaq Market-Makers Antitrust Litigation,
USDC Southern District of New York, 94 C 3996 (RWS), MDL Docket No. 1023

In re Brand Name Prescription Drug Antitrust Litigation,
USDC Northern District of Illinois, Eastern Division, Master File No. 94 C 897

Glancy Binkow & Goldberg LLP has been responsible for obtaining favorable appellate opinions which have broken new ground in the class action or securities fields or which have promoted shareholder rights in prosecuting these actions. Glancy Binkow & Goldberg successfully argued the appeals in Silber v. Mabon I, 957 F.2d 697 (9th Cir. 1992) and Silber v. Mabon II, 18 F.3d 1449 (9th Cir. 1994), which are the leading decisions in the Ninth Circuit regarding the rights of opt-outs in class action settlements. In Rothman v. Gregor, 220 F.3d 81, Glancy Binkow & Goldberg won a seminal victory for investors before the Second Circuit Court of Appeals, which adopted a more favorable pleading standard for investors in reversing the District Court's dismissal of the investors' complaint. After this successful appeal, Glancy Binkow & Goldberg then recovered millions of dollars for defrauded investors of the GT Interactive Corporation. The firm recently argued Falkowski v. Imation Corp., 309 F.3d 1123 (9th Cir. 2002), *as amended*, 320 F.3d 905 (9th Cir. 2003) and favorably obtained the substantial reversal of a lower court's dismissal of a cutting edge, complex class action brought to seek redress for a group of employees whose stock options were improperly forfeited by a giant corporation in the course of its sale of the subsidiary at which they worked. The revived action is currently proceeding in the California state court system.

The firm is also involved in the representation of individual investors in court proceedings throughout the United States and in arbitrations before the American Arbitration Association, National Association of Securities Dealers, New York Stock Exchange, and Pacific Stock Exchange. Mr. Glancy has successfully represented litigants in proceedings against such major securities firms and insurance companies as A.G. Edwards & Sons, Inc., Bear Stearns, Merrill Lynch, Pierce, Fenner & Smith, Inc., Morgan Stanley, PaineWebber Incorporated, Prudential Insurance Company, Prudential Securities, Inc., and Shearson Lehman Brothers, Inc.

One of firm's unique skills is the use of "group litigation" - the representation of groups of individuals who have been collectively victimized or defrauded by large institutions. This type of litigation brought on behalf of individuals who have been similarly damaged often provides an efficient and effective economic remedy that frequently has advantages over the class action or individual action devices. The firm has successfully achieved results for groups of individuals in cases against major corporations such as Metropolitan Life Insurance Company, Inc., and Occidental Petroleum Corporation.

Glancy Binkow & Goldberg LLP currently consists of the following attorneys:

## THE FIRM'S PARTNERS

**LIONEL Z. GLANCY**, the founding partner of the firm, was born in Windsor, Canada on April 4, 1962. Mr. Glancy earned his undergraduate degree in political science in 1984 and his J.D. in 1986, both from the University of Michigan. He was admitted to practice in California in 1988, and in Nevada and before the U.S. Court of Appeals, Ninth Circuit in 1989. Mr. Glancy was Law Clerk to the Hon. Howard D. McKibben, U.S. District Court, District of Nevada, 1987.

**PETER A. BINKOW**, a partner in Glancy Binkow & Goldberg, was born in Detroit, Michigan on August 16, 1965. Mr. Binkow earned his degree in English Literature from the University of Michigan in1988 and attended law school at the University of Southern California (J.D., 1994). Mr. Binkow joined the Law Offices of Lionel Z. Glancy upon graduation and became a partner in 2002.

Mr. Binkow has prosecuted lawsuits on behalf of consumers and investors in state and federal courts throughout the United States. He served as Lead or Co-Lead Counsel in many class action cases, including In re National Techteam Securities Litigation ($11 million recovery for investors), In re Credit Acceptance Corporation Securities Litigation ($2.5 million recovery), In re Lason Inc. Securities Litigation ($12.68 million recovery), In re ESC Medical Systems, Ltd. Securities Litigation ($17 million recovery) In re GT Interactive Securities Litigation ($3 million recovery) and many others. Mr. Binkow has prepared and/or argued appeals before the Ninth Circuit, Sixth Circuit and Second Circuit Courts of Appeals.

Mr. Binkow is admitted to practice before the state of California, the United States District Courts for the Central, Northern and Southern Districts of California, the US District Court for the Eastern District of Michigan and the Ninth Circuit Court of Appeals. He is a member of the Los Angeles County Bar Association and the American Bar Association.

**MICHAEL GOLDBERG**, a partner in Glancy Binkow & Goldberg, specializes in federal securities, federal and state antitrust, and consumer fraud class action lawsuits. He has successfully litigated numerous cases which resulted in multi-million dollar recoveries for investors, consumers and businesses.

Mr. Goldberg was born in New York on April 27, 1966. He earned his BA degree in 1989 from Pitzer College - The Claremont Colleges, and his J.D. degree in 1996 from Thomas M. Cooley Law School. After graduation from law school, Mr. Goldberg joined the Law Offices of Lionel Z. Glancy and became a partner of Glancy Binkow & Goldberg in 2003. He was admitted to both the California and Florida bars in 1997 and is admitted to practice in numerous courts.

**ROBIN BRONZAFT HOWALD**, a native of Brooklyn, New York, returned home in 2001 to open the firm's New York City office. Mrs. Howald graduated magna cum laude from Barnard College in 1980, with a B.A. in psychology. In 1983, she received her J.D. from Stanford Law School, where she served as an Articles Editor for the Law Review. In addition to her current focus upon securities fraud and consumer class action matters, during her 20-year career, Mrs. Howald has handled cases in many different practice areas, including commercial disputes, professional malpractice, wrongful termination, bankruptcy, patent and construction matters. As outside counsel for the City of Torrance, California, she also handled a number of civil rights and land use matters, as well as a ground-breaking environmental action concerning Mobil Oil's Torrance refinery. Mrs. Howald has experience in pre-trial and trial procedure and has successfully prosecuted post-trial motions and appeals.

Mrs. Howald is a member of the bar of both California (1983) and New York (1995), and is admitted to practice in all federal judicial districts in California, the Southern and Eastern Districts of New York, and the United States Supreme Court. She co-authored "Potential Tort Liability in Business Takeovers" (California Lawyer, September 1986), was a speaker and contributing author at the Eighth Annual Current Environmental and Natural Resources Issues Seminar at the University of Kentucky College of Law (April 1991), and served as a Judge Pro Tem for the Los Angeles County Small Claims Court (1996-1997). Married in 1985, Mrs. Howald and her husband have two sons. An avid runner, Mrs. Howald has completed six marathons.

**SUSAN G. KUPFER**, the partner resident in the San Francisco office of Glancy Binkow & Goldberg, joined the firm in 2003. She is a native of New York City and received her A.B. degree from Mount Holyoke College in 1969 and her J.D. from Boston University School of Law in 1973. She did graduate work at Harvard Law School and, in 1977, was named Assistant Dean and Director of Clinical Programs at Harvard, supervising and teaching in that program of legal practice and related academic components.

For much of her legal career, she has been a professor of law. She has taught at Hastings College of the Law, Boston University School of Law, Golden Gate University School of Law and Northeastern University School of Law. Since 1991, she has been a lecturer on law at University of California, Berkeley, Boalt Hall, teaching Civil Procedure and Conflict of Laws. Her areas of academic expertise are Civil Procedure, Federal Courts, Conflict of Laws, Constitutional Law, Legal Ethics and Jurisprudence. Her publications include articles on federal civil rights litigation, legal ethics and jurisprudence. She has also taught various aspects of practical legal and ethical training, including trial advocacy, negotiation and legal ethics, to both law students and practicing attorneys.

She previously served as corporate counsel to The Architects Collaborative in Cambridge and San Francisco and was the executive director of the Massachusetts Commission on Judicial Conduct. She returned to the practice of law in San Francisco with Morgenstein & Jubelirer and Berman DeValerio Pease Tabacco Burt & Pucillo before joining the Firm. Her practice is concentrated in antitrust, securities and consumer complex litigation. She has been a member of the lead counsel team which achieved significant settlements in the following cases: *In re Sorbates Antitrust Litigation ($96.5 million settlement), In re Pillar Point Partners Antitrust Litigation ($50 million settlement), In re Critical Path Securities Litigation ($17.5 million settlement), In re New Era of Networks II Securities Litigation ($5 million settlement).*

She is a member of the Massachusetts and California State Bars and the United States District Courts for the Northern, Central and Southern districts of California, the District of Massachusetts, the First and Ninth Circuits Courts of Appeal and the U.S. Supreme Court.

**OF COUNSEL**

**NEAL A. DUBLINSKY** was born in Flushing, New York on January 15, 1963. He earned his undergraduate from Yeshiva University in 1984, graduating *summa cum laude*, (highest-ranking graduate of his class) and was the recipient of the Dean Isaac Bacon Award for Excellence in the Humanities. Mr. Dublinsky earned his J.D. form New York University School of Law in 1987 where he participated in the Consumer Protection Clinical Program under renowned Professor Anthony G. Amsterdam. Mr. Dublinsky was admitted to the state bar of California in 1988.

**KEVIN F. RUF** was born in Wilmington, Delaware, December 7, 1961. Mr. Ruf graduated from the University of California at Berkeley in 1984 with a B.A. in Economics and earned his J.D. from the University of Michigan in 1987. Mr. Ruf was admitted to the State Bar of California in 1988. Mr. Ruf was an associate at the Los Angeles firm Manatt Phelps and Phillips from 1988 until 1992, where he specialized in commercial litigation. He was "of counsel" to the Los Angeles firm Corbin & Fitzgerald from 1993 until 2001 where he specialized in white collar criminal defense work, including matters related to National Medical Enterprises, Cynergy Film Productions and the Estate of Doris Duke. Mr. Ruf has extensive trial experience, including jury trials, and considers his courtroom skills to be his strongest asset as a litigator. In his spare time, Mr. Ruf is an actor and comic. He is a full member of the world-famous Groundlings Theatre and has appeared in a number of television shows and films, including "Seinfeld," "Friends," "Spin City," and "Curb Your Enthusiasm." Mr. Ruf is a member of the Los Angeles County Bar Association.

**ROBERT A. ZABB**, attended Yale College and Columbia Law School, and received his B.A. in 1975 and his J.D. in 1979. Mr. Zabb is admitted to practice in California, New York and Massachusetts, in state and federal courts in those jurisdictions. His practice has consisted of general business litigation with a specialization in federal securities litigation on the plaintiff and defense sides. He has practiced actively in the U.S. District Courts for the Southern and Eastern Districts of New York, which are important centers for securities litigation. Mr. Zabb's accomplishments are reflected in numerous reported case decisions, particularly in the cases known as SEC v. Thrasher (Southern District of New York) and In re MTC Securities Litigation (Eastern District of New York). Mr. Zabb has had the privilege of arguing a case before the U.S. Supreme Court. This was a securities case delineating the permissible scope of a private right of action, and is known as Employers Insurance of Wausau v. Musick, Peeler and Garrett.

**ROBERT PERKINS** was born May 22, 1955, in Highland Park, Illinois. Mr. Perkins attended the University of Illinois, Champaign, Urbana, graduating in 1979 with a B.S. in Finance (honors). Mr. Perkins thereafter attended law school at the University of Missouri, Columbia, graduating in 1982 (CJS awards - State and Local Taxation; Internship - Missouri Supreme Court, Chief Judge Albert Rendlen). Following law school, Mr. Perkins ran his own law firm, practicing complex litigation, product liability litigation and class action litigation.

**MICHAEL B. ACKERMAN** was born in Brooklyn, New York, June 30, 1962. He received his Bachelor of Arts from Columbia University in 1984 and attended Fordham University Law School (J.D. 1987). Mr. Ackerman was admitted to the New York bar in 1989 and the California bar in 1990. Mr. Ackerman is a member of the American Bar Association, the Los Angeles County Bar Association and the Association of the Bar of the City of New York.

**CLAUDIA J. BUGH** joined Glancy Binkow & Goldberg LLP in 2003. Ms. Bugh is California licensed as both an attorney and a C.P.A. She previously practiced law in South Bend, Indiana after graduating summa cum laude from the Notre Dame Law School in 1994. Before attending law school Ms. Bugh was an auditor with Deloitte and Touche. She has a bachelors degree in business economics from the University of California-Santa Barbara where she graduated in 1988 with the highest honors.

## ASSOCIATES

**DALE MacDIARMID** is a native of Los Angeles, California. He holds a B.A. in Journalism (with Distinction) from the University of Hawaii, and a J.D. from Southwestern University School of Law, where he was member of the Board of Governors of the Interscholastic Trial Advocacy Honors Program. He is admitted to practice in California and before the United States District Courts for the Central and Northern Districts of California. Dale is a member of Kappa Tau Alpha, the national journalism honor society, and before joining Glancy Binkow & Goldberg he was a writer and editor for newspapers and magazines in Honolulu and Los Angeles.

**DANIEL HARGIS** was born in Huntsville, Alabama in 1975. He graduated from UCLA (B.A., 1998), and UCLA School of Law in 2002. He was admitted to the California bar in 2003.

**AVRAHAM (AVI) NOAM WAGNER** joined Glancy Binkow & Goldberg LLP in 2003 after graduating from Georgetown University Law Center. During law school he gained valuable experience prosecuting securities cases while working at the United States Securities and Exchange Commission in Washington, D.C. Mr. Wagner is conversant in both Italian and Hebrew.

**THE LAW OFFICE OF JACOB SABO**
The Tower No. 3 Daniel Frisch Street 15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

The Law Office of Jacob Sabo is a well known Israeli Law firm with a reputation for representing investors and consumers in Israeli and in the United States courts for over twenty years. Based in Tel-Aviv, Israel and with collaboration with leading US firms throughout the United States, the Law Office Of Jacob Sabo has developed expertise prosecuting securities fraud, antitrust and complex commercial litigation. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, the Law Office Of Jacob Sabo has recovered considerable amounts for parties wronged by corporate fraud and malfeasance, in both the United States and Israeli jurisdictions. The firm's efforts on behalf of individual investors have been the subject of several articles in Israeli press. In calendar year 2003, Attorney Jacob Sabo was declared the Leading Class Action Attorney of that year by *Globes*, Israel's leading business newspaper.

Supporting complex litigation as either co-Lead Counsel or as liaison to Lead or Co-Lead Counsel, in matters relating to Israeli corporations, Attorney Jacob Sabo has achieved significant recoveries for class members, including:

*In re ECI Telecom Ltd. Securities Litigation*, USDC Eastern Virginia Civil Action No. 01-913-A, in which Jacob Sabo served as counsel to Glancy & Binkow LLP and assisted in the recovery of almost $22 million for defrauded ECI investors.

*In re ESC Medical Systems, Ltd. Securities Litigation*, USDC Southern New York 98 Civ. 7530, a securities fraud class action in which Jacob Sabo served as member of the Executive committee of Lead counsels and assisted in achieving a settlement valued in excess of $17 million.

*In re Nice Systems Securities Litigation*, USDC New Jersey 2.01 CV 737, in which Jacob Sabo supported Co-Lead Counsel's efforts and assisted in recovering $10 million for defrauded Nice Systems Ltd.'s U.S. stockholders. This amount is the U.S. leg of a similar litigation in Israel in which Jacob Sabo assisted in achieving a recovery of $ 5 million for defrauded Nice Systems Ltd.'s Israeli stockholders.

Jacob Sabo currently serves as Co-Lead Counsel or supporting Lead or co-Lead counsels in numerous securities fraud actions throughout the United States, including, among others:

*In re Gilat Satellite Networks, Ltd. Sec. Litig.*,
USDC Eastern New York, Case No. 02-1510 CPS

*In re Lumenis, Ltd. Sec. Litig.*,
USDC Southern New York, Case No.02-CV-1989 DAB

*In re Amdocs Ltd. Sec. Litig.*,
USDC Eastern Missouri, Case No. 02CV950 HEA

The Law office of Jacob Sabo is also involved in numerous Securities fraud litigations in Israeli Courts.

Jacob Sabo, the founding partner of the firm, was born in Tel-Aviv, Israel on March 13, 1953. Mr. Sabo earned his law degree (L.L.B) in 1980 from Tel-Aviv University. He also completed post-graduate studies at the New York University.

Mr. Sabo is a member of both the Israeli and New York Bar associations.

In Israel, he serves as member of several committees of the Israel Bar including the class action committee and the courts committee. He also chairs the committee of administrative tribunals and the American Bar Association